R. Sam Hopkins, Chapter 7 Trustee
ECF email:  ID07@ecfcbis.com
Correspondence email:  samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone:  (208) 478-7978
FAX:  (208) 478-7976

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE:<br><br>STODDARD, KAREN<br><br><br>Debtor(s) | CASE NO. 10-41365 - JDP<br><br>CHAPTER 7 |
|---|---|

### OBJECTION TO CLAIM AND NOTICE

TO:  R. WAYNE KLEIN, AS COURT-APPOINTED RECEIVER FOR TRIGON GROUP, INC.
C/O JOHN F. KURTZ, JR, ATTORNEY AT LAW
HAWLEY TROXELL ENNIS & HAWLEY, LLP
PO BOX 1617
BOISE, ID 83701

R. WAYNE KLEIN
KLEIN & ASSOCIATES
299 S MAIN, STE 1300
SLC UT 84111

### NOTICE

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has objected to the allowance of your Claim No. **15** filed on **03/28/11** in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.**  You should read these papers carefully and discuss them with your attorney, if you have one.

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest with the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed.  File the original (1) with the Clerk of the Bankruptcy Court, Federal Building, 801 E. Sherman, Pocatello, ID 83201; and (2) a copy with the Trustee.  *If you mail your response to the court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period.  Failure to file a written reply will result in the Trustee requesting that the Court enter an order disallowing the claim to the extent objected to.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim and may grant the Trustee's request.

**OBJECTION**

Claim is contingent and/or unliquidated. The fixing and/or liquidation of which would unduly delay the closing of this estate, Pursuant to 11 U.S.C. Section 502(c.)(1) Claim should be disallowed.


Dated:   August 24, 2011

                                             /s/ R. Sam Hopkins
                                             R. SAM HOPKINS, Trustee


CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 23, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) also listed below.


U.S. TRUSTEE, ECF

JAY A. KOHLER, ECF

STODDARD, KAREN
12974 N 15 E
IDAHO FALLS, ID 83401

R. WAYNE KLEIN, AS COURT-APPOINTED RECEIVER FOR TRIGON GROUP, INC.
C/O JOHN F. KURTZ, JR, ATTORNEY AT LAW
HAWLEY TROXELL ENNIS & HAWLEY, LLP
PO BOX 1617
BOISE, ID 83701

R. WAYNE KLEIN
KLEIN & ASSOCIATES
299 S MAIN, STE 1300
SLC UT 84111


                                             /s/ Michelle Hopkins
                                             Michelle Hopkins, Bankruptcy Administrator